## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Jeremia Kamenga <br><br>            Petitioner, <br><br> v. <br><br> PATRICIA HYDE, Field Office Director, MICHAEL KROL, HSI New England Special Agent in Charge, and TODD LYONS, Acting Director U.S. Immigrations and Customs Enforcement, and JOSEPH D. MacDONALD, Plymouth County Sheriff, and KRISTI NOEM, U.S. Secretary of Homeland Security, <br><br>            Respondents. | Case No. 25-cv-12101 <br><br> **PETITION FOR WRIT OF HABEAS CORPUS** |

*July 31, 2025*

*After careful consideration, this petition is dismissed essentially for the reasons set forth in the response of the respondents.*

*William A. Young*
*District Judge*

### INTRODUCTION

1. Petitioner, Jeremia Kamenga, also known as Jericho Nduwa, is a Zambian national whose date of birth is 7/17/1989. He entered the United States on a visa in July of 2022. He has a pending asylum application before the Boston Immigration Court. On information and belief, he was unlawfully detained by federal immigration agents on July 18, 2025.

2. Accordingly, to vindicate Petitioner's constitutional rights, this Court should grant the instant petition for a writ of habeas corpus.

3. Petitioner asks this Court to find that he was unlawfully detained and order his release.

### JURISDICTION

4. This Court has subject matter jurisdiction under 28 U.S.C. § 2241 (habeas corpus) and 28 U.S.C. § 1331 (federal question).

5. Venue is proper because Petitioner resides at and was arrested in Portland, Maine. On

1